UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:17-cr-101-T-24-AEP
18 U.S.C. § 922(u)

OSCAR GARCIA GARCIA

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 9, 2017, in the Middle District of Florida, the defendant,

OSCAR GARCIA GARCIA,

did knowingly steal and unlawfully take or carry away from the person or the premises of R.L.L. and B.G.P., doing business as Rapture Guns & Knives Inc., who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, firearms in the licensee's business inventory that have been shipped or transported in interstate or foreign commerce,

In violation of 18 U.S.C. §922(u), 18 U.S.C. § 924(i)(1) and 18 U.S.C.§ 2.

## **FORFEITURE**

1. The allegations contained in Count 1 is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(u), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

3

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

OSCAR GARCIA GARCIA

## INDICTMENT

Violations:

Title 18, United States Code, Section 922(u)

A true bill,

_____
Foreperson

Filed in open court this 7th day

of March 2017.

_____
Clerk

Bail $ _____

GPO 863 525