UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 8:17-cr-101-T-24AEP

OSCAR GARCIA GARCIA
JERRY NELSON REYES TORRES

**BILL OF PARTICULARS**
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal

Procedure 32.2(a), particularly alleges that the following is subject to forfeiture

on the basis of the allegations set forth in the "Forfeiture" section of the

Superseding Indictment filed in the above-styled criminal case:

1.   A Springfield Armory, Geneseo, IL XDS, .45-caliber pistol, serial
     number: S3263468;

2.   A Boberg Arms Coporation, XR45-S, .45-caliber pistol, serial
     number: S450060; and

3.      15 rounds of Winchester-Western .40 caliber ammunition.

Respectfully Submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By:    *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Fla. Bar No. 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Tel:    (813) 274 6000
Fax:    (813) 274 6247
E-mail: Suzanne.nebesky@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2017, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney

2